PROB 12B
(7/93)

Report Date: March 3, 2008

## United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 4 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Celeste Albert               Case Number: 2:06CR02073-002

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

Date of Original Sentence: 10/6/2006           Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled   Date Supervision Commenced: 10/23/2006
Substance - Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 5 Months; TSR - 36   Date Supervision Expires: 10/22/2009
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall complete 40 hours of community service work, at the rate of not less than 20 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than May 30, 2008.

### CAUSE

On February 10, 2008, Celeste Albert was arrested by Yakama Nation Tribal Police Officers for obstruction of justice. According to an incident report, a Federal fugitive who had eluded police officers in a stolen vehicle ran into the defendant's residence. The defendant denied any knowledge of the suspect, but after a search of the residence, the suspect was found hiding in a crawl space underneath the home.

On February 25, 2008, the defendant reported to the U.S. Probation Office and admitted to failing to notify her supervising probation officer of the above contact with law enforcement. Ms. Albert related the Federal fugitive was her nephew and she was aware that he had an active warrant for his arrest. She related she was reluctant to disclose his whereabouts to law enforcement officials out of fear of incarceration and because she did not want her nephew to be arrested.

Ms. Albert is currently unemployed, but is job searching. As a corrective measure, the defendant has agreed to complete 40 hours of community service. Enclosed is a waiver signed by the defendant agreeing to the above modification of her conditions of supervised release.

Prob 12B
**Re: Albert, Celeste**
**March 3, 2008**
**Page 2**

I declare under a penalty of perjury that the foregoing is true and correct.

Executed on: 3/3/08

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/4/08
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 4 2008

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20   You shall complete 40 hours of community service work, at the rate of not less than 20 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than May 30, 2008.

Witness: _____       Signed: _____
                Jose Vargas                                        Celeste Albert
           U.S. Probation Officer                       Probationer or Supervised Releasee

                            March 3, 2008
                                 Date